423 A.2d 1321

Commonwealth v. Cooper, Appellant.

Zanita Zacks-Gabriel, Assistant Public Defender, for appellant; Shad Connelly, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

Judgment of sentence affirmed.

423 A.2d 1321

Commonwealth v. Moody, Jr., Appellant.

Submitted March 23, 1979. Robert C. Rowe, for appellant; David J. Brightbill, District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.